DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## NATIONWIDE MUTUAL FIRE INS. CO. v. NUNN

No. 286P94

Case below: 114 N.C.App. 604

Petition by defendants (Irvin L. Nunn, et al) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## NEW SOUTH INSURANCE CO. v. KIDD

No. 297P94

Case below: 114 N.C.App. 749

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## SMITH v. N.C. FARM BUREAU MUT. INS. CO.

No. 241P94

Case below: 114 N.C.App. 665

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## SMITH v. WEST HILL LIMITED PARTNERSHIP

No. 229P94

Case below: 114 N.C.App. 269

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## SOUTHERN RAILWAY CO. v. BISCOE SUPPLY CO.

No. 254P94

Case below: 114 N.C.App. 474

Petition by defendant (Biscoe) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.